OPINION — AG — ** TUITION — UNIVERSITIES — OUT OF STATE ** QUESTION: IF THE VETERANS' ADMINISTRATION PAYS TUITION COSTS TO COLLEGE OR UNIVERSITIES FOR THOSE OKLAHOMA PEOPLE WHO COME UNDER THE PROVISIONS OF 70 O.S. 1591 [70-1591], COULD THE STATE BOARD OF EDUCATION REIMBURSE SUCH PERSONS FOR SUCH FEES WHICH HAVE ALREADY BEEN PAID FOR BY THE VETERANS' ADMINISTRATION ? — NEGATIVE (REIMBURSEMENT, G. I. BILL, EDUCATION) CITE: ARTICLE XIII, SECTION 3 (RESIDENT) (FRED HANSEN)